

FILED
CLERK, U.S. DISTRICT COURT

**09/09/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: ____AP____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:21-mj-00572 |
| v. | |
| GILBERT MARTIN BASS | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETITION
in the SOUTHERN District of CALIFORNIA on 09/09/2021
at 8:00   [x] a.m. / [ ] p.m.  The offense was allegedly committed on or about 06/03/2021
in violation of Title 18 U.S.C., Section(s) 3583
to wit: VIOLATION PROBATION

A warrant for defendant's arrest was issued by: The Honorable Gonzalo P. Curiel

Bond of $ NO   was [ ] set / [x] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9/9/21
              Date

_Cesar Perez_ (signature)         Cesar Perez
Signature of Agent                 Print Name of Agent

USMS                               DEO
Agency                             Title