Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
09/09/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ____AP____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA PLAINTIFF | CASE NUMBER: 5:21-mj-00572 | 20-CR-01616-2 |
| V. BASS, GILBERT MARTIN USMS# 95024-298 DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 09/09/2021 at 8:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 09/09/2021 at 08:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583 Probation Violation

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes   Language: ____

7. Year of Birth: 2000

8. Defendant has retained counsel: ☒ No
   ☐ Yes   Name: ____   Phone Number: ____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): ____

11. Name: Cesar Perez   (please print)

12. Office Phone Number: 951.276.6120

13. Agency: USMS

14. Signature: *Cesar Perez*

15. Date: 09/09/2021

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION